**Order entered July 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00702-CV

**H. ROBERT ROSE, ET AL., Appellants**

**V.**

**NICHOLAS BONVINO, ET AL., Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-2450-06**

## ORDER

Before the Court is appellants' July 11, 2014 unopposed amended motion for an extension of time to file a brief. Although the Court received the reporter's record from the hearing on setting the supersedeas bond, the remainder of the reporter's record has not been filed and is not due until September 9, 2014. Appellants' brief will be due thirty days after the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Accordingly, we **DENY** appellants' amended motion as premature. We **DIRECT** the Clerk of this Court to remove the designation of the due date for appellants' brief from the Court's electronic system.

/s/    ADA BROWN
        JUSTICE